# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| JOE PALERMO | : |
| | : CIVIL ACTION NO.: 20-09423-KM-ESK |
| *Plaintiff,* | : |
| v. | : |
| VALLEY NATIONAL BANCORP d/b/a VALLEY NATIONAL BANK | : |
| *Defendant.* | : |

---

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, by and through his undersigned counsel, hereby gives notice that the above-captioned action against Defendant Valley National Bankcorp d/b/a Valley National Bank is voluntarily dismissed without prejudice.

Respectfully submitted,

**MURPHY LAW GROUP, LLC**

By: /s/ Michael Groh
Michael Murphy, Esq.
Murphy Law Group, LLC
Eight Penn Center, Suite 2000
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
TEL: 267-273-1054
FAX: 215-525-0210
murphy@phillyemploymentlawyer.com
mgroh@phillyemploymentlawyer.com
Attorney for Plaintiff

Dated: September 28, 2020